U. S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

NOV - 2 2012

TONY R. MO..., CLERK
BY_____ DEPUTY

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**MONROE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 12-0175-02** |
| **VERSUS** | * | **JUDGE TOM STAGG** |
| **KYLE DESHAWN SIMMONS** | * | **MAG. JUDGE KAREN L. HAYES** |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge, having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of the defendant, Kyle Deshawn Simmons, and adjudges him guilty of the offenses charged in Counts 1 and 3 of the Indictment against him.

THUS DONE AND SIGNED in chambers, this 1st day of November, 2012, Shreveport, Louisiana.

_____
TOM STAGG
UNITED STATES DISTRICT JUDGE